# EXHIBIT A

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Teagle*

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-132-052**
Effective Date of Registration:
June 14, 2018

### Title

Title of Work: Schrute Farms Bed & Breakfast

### Completion/Publication

Year of Completion: 2018
Date of 1st Publication: February 12, 2018
Nation of 1st Publication: United States

### Author

- Author: Kyle Motola
Author Created: 2-D artwork
Work made for hire: No
Citizen of: United States
Domiciled in: United States

### Copyright Claimant

Copyright Claimant: Kyle Motola
305 Se Madison Ave STE 170, Portland, OR, 97214

### Rights and Permissions

Organization Name: PrintsOnTap
Address: 305 SE Madison Ave STE 170
Portland, OR 97214 United States

### Certification

Name: Kyle Motola
Date: June 14, 2018

Page 1 of 2