# EXHIBIT B

## Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

United States Register of Copyrights and Director

**Registration Number**
**VA 2-153-146**
Effective Date of Registration:
May 28, 2019

### Title

Title of Work: Hawkins av club

### Completion/Publication

Year of Completion: 2017
Date of 1st Publication: January 17, 2017
Nation of 1st Publication: United States

### Author

- Author: John Mills LLC
  Author Created: 2-D artwork
  Work made for hire: Yes
  Citizen of: United States

### Copyright Claimant

Copyright Claimant: John Mills LLC
305 SE Madison AVE, Portland, OR, US

### Certification

Name: Robert Daddario
Date: May 28, 2019

---

Copyright Office notes: Basis for Registration: Registration is based on the 2-D artwork. Copyright does not protect names, titles, short phrases or slogans. 37 C.F.R. 202.1.

Page 1 of 1