IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| JOHN MILLS, LLC and<br>KYLE MOTOLA, | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No.: 2:19-cv-275-RWS |
| | ) | |
| CHRISTOPHER GLEN FINLEY, | ) | |
| PAMELA MICHELLE FINLEY, and | ) | |
| ASHER'S ATTIC, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

(1)    The undersigned counsel of record certifies that the following is a full

and complete list of all parties in this action, including any parent corporation and

any publicly held corporation that owns 10% or more of the stock of a party:

Plaintiffs:    John Mills, LLC.    John Mills, LLC is a wholly owned

organization, and no other organization owns 10% or more of its stock.

Kyle Motola, an individual.

Defendants: Christopher Glen Finley, an individual.

Pamela Michelle Finley, an individual.

Asher's Attic, LLC, unknown to Plaintiffs.

(2)    The undersigned further certifies that the following is a full and complete list of all other persons, associations of persons, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

Plaintiff:    Robert Daddario, Owner of John Mills, LLC.

Defendant Christopher Glen Ginley:   Unknown to Plaintiffs.

Defendant Pamela Michelle Finley:   Unknown to Plaintiffs.

Defendant Asher's Attic, LLC:    Unknown to Plaintiffs.

(3)    The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

Plaintiffs:   David M. Lilenfeld, Esq.

Robin L. Gentry, Esq.

Brian C. Huskey, Esq.

Kennington R. Groff, Esq.

Defendants: No attorneys have appeared at this time.

Respectfully submitted this 10th day of December, 2019

**LILENFELD PC**

*/s/ David M. Lilenfeld*
David M. Lilenfeld
Georgia Bar No. 452399
Robin L. Gentry
Georgia Bar No. 289899
Brian C. Huskey
Georgia Bar No. 543361
Kennington R. Groff
Georgia Bar No. 782901

3379 Peachtree Road NE, Suite 980
Atlanta, Georgia 30326
(404) 201-2520 – telephone
David@Lilenfeld.com
Robin@Lilenfeld.com
KG@Lilenfeld.com
BH@Lilenfeld.com

*Counsel for Plaintiffs John Mills, LLC and Kyle Motola*

## CERTIFICATE OF SERVICE

I certify that, on December 10, 2019, I caused a true and correct copy of the foregoing document to be filed electronically with the Court through the CM/ECF system.  In addition, a copy of this pleading has been mailed via first class mail to the following Defendants:

Christopher Glen Finley
6420 Boulder Ridge
Cumming, GA 30028

Pamela Michelle Finley
6420 Boulder Ridge
Cumming, GA 30028

Asher's Attic, LLC
6420 Boulder Ridge
Cumming, GA 30028

This 10th day of December, 2019

*/s/ David M. Lilenfeld*
David M. Lilenfeld