IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| JOHN MILLS, LLC and KYLE MOTOLA<br><br>    Plaintiffs,<br><br>v.<br><br>CHRISTOPHER GLEN FINLEY, PAMELA MICHELLE FINLEY, and ASHER'S ATTIC, LLC,<br><br>    Defendants. | Civil Action No.<br><br>2:19-CV-00275-RWS |

## ORDER

This case comes before the Court on Plaintiffs' Motion for Entry of Default. [Dkt. 25]. Because the Defendants timely answered, and the case is proceeding, the Motion is **DENIED as moot**.

**SO ORDERED** this 8th day of July, 2020.

_____
**RICHARD W. STORY**
United States District Judge