IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| JOHN MILLS, LLC and<br>KYLE MOTOLA,<br><br>    Plaintiffs,<br><br>v.<br><br>CHRISTOPHER GLEN FINLEY,<br>PAMELA MICHELLE FINLEY, and<br>ASHER'S ATTIC, LLC,<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.: 2:19-cv-00275-RWS |

## **JOINT MOTION TO EXTEND DISCOVERY**

Pursuant to Fed. R. Civ. P. 6(b) and N.D. Ga. Local Rule 26.2(B), Plaintiffs John Mills, LLC and Kyle Motola ("John Mills") and Defendants Christopher Finley, Pamela Finley, and Asher's Attic, LLC (hereinafter the "Parties"), and hereby request that the Court extend the discovery deadline for six weeks, through and including November 9, 2020.

The current discovery period is set to end on September 28, 2020. The Parties have been diligently pursuing discovery in this matter, including propounding written discovery, but request additional time to take depositions and pursue other necessary discovery.

1

The relief sought lies within the Court's wide discretion to enlarge time under the Federal Rules of Civil Procedure and this district's Local Rules.

This motion is made in good faith and is not for the purpose of any undue delay.

Respectfully submitted, this 24th day of September, 2020.

| **LILENFELD PC** | **STEVEN STEWART, LLC** |
|---|---|
| */s/ David M. Lilenfeld* | /Steven C. Stewart/ |
| David M. Lilenfeld | Georgia Bar No. 719301 |
| Georgia Bar No. 452399 | 5500 Hastings Terrace |
| Robin L. Gentry | Alpharetta, GA 30005 |
| Georgia Bar No. 289899 | (206) 321-9072 |
| 3379 Peachtree Road NE, Suite 980 | steveniplaw@me.com |
| Atlanta, GA 30326 | |
| (404) 201-2520 | |
| David@Lilenfeld.com | |
| Robin@Lilenfeld.com | |
| | |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |