IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| JOHN MILLS, LLC and<br>KYLE MOTOLA,<br><br>    Plaintiffs,<br><br>v.<br><br>CHRISTOPHER GLEN FINLEY,<br>PAMELA MICHELLE FINLEY, and<br>ASHER'S ATTIC, LLC,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No:<br><br>2:19-cv-00275-RWS |

**ORDER**

Before this Court is Plaintiffs John Mills, LLC and Kyle Motola and Defendants Christopher Finley, Pamela Finley, and Asher's Attic, LLC's Joint Motion to Stay. For good cause shown:

IT IS HEREBY ORDERED that this case is STAYED for a period of sixty days from November 5, 2020, through and including January 4, 2021 with none of the Parties to conduct discovery during the stay so that the Parties may pursue settlement. When the case reopens, the Parties shall have four (4) days remaining in the discovery period with discovery to close on January 8, 2021 and all other deadlines shall be triggered by the January 8, 2021 close of discovery.

SO ORDERED this 5th day of November, 2020.

_____
**RICHARD W. STORY**
United States District Judge